UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| TRAVIS DISHNER,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   No. 2:15-CV-47 |
| | ) |
| DAVID QUILLIN, *et al.*,<br>    Defendants. | )<br>) |

ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated February 28, 2017, [Doc. 26]. In that Report and Recommendation, the Magistrate Judge recommends that the action be dismissed for the plaintiff's failure to prosecute the case pursuant to Rule 41. The plaintiff has not filed an objection to the recommendation in the time allowed.

Thus, after consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 26], and that the plaintiff's action is dismissed for failure to prosecute.

So ordered.

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE